JS 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VFS FINANCING, INC., | No.: CV 09-01163 DSF RC |
| Plaintiff, | **[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF** |
| vs. | Honorable Dale S. Fischer |
| CHF EXPRESS, LLC, a California limited liability company, ROBERT FOWLER, an individual residing in California, and RONALD W. HERTEL, an individual residing in California, | |
| Defendants. | |

**IT IS HEREBY ADJUDGED AND DECREED** that judgment shall be entered in favor of Plaintiff VFS Financing, Inc. and against Defendant CHF Express LLC (California Entity Number 200435610069) and Defendant Ronald W. Hertel (Social Security Number XXX-XX-1996), jointly and severally, in the amount of Four Million Three Hundred Eighty Six Thousand Two Hundred Ninety Five Dollars And Thirty Cents ($4,386,295.30), plus attorney's fees in the amount of Sixty One Thousand Six Hundred Eighty Dollars And Zero Cents ($61,680.00), plus costs of suit and interest at the legal rate per annum.

Dated: 10/22/10

*/s/ Dale S. Fischer*

_____
Hon. Dale S. Fischer
United States District Judge